IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANTHONY PAUL PURDY, | ) | 8:14CV7 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| FOX HALL, Director, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on several Motions filed by Plaintiff. (Filing Nos. 14, 15, and 16.) In one of his Motions, Plaintiff asks the court to waive the filing fee in this matter. (*See* Filing No. 15.) Plaintiff is required to pay the initial partial filing fee before he may proceed. (*See* Filing No. 8.) Accordingly, Plaintiff's request for the court to waive the filing fee is denied and his other pending Motions are denied without prejudice to reassertion after payment of the initial partial filing fee. On the court's own motion, Plaintiff shall have until March 24, 2014, to pay the initial partial filing fee in this matter.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion to Waive Filing Fee (filing no. 15) is denied.

2. Plaintiff's other pending Motions (filing nos. 14 and 16) are denied without prejudice to reassertion after payment of the initial partial filing fee.

3. The Clerk of the court is directed to set a pro se case management deadline in this case using the following text: **March 24, 2014**: initial partial filing fee payment due.

DATED this 4th day of March, 2014.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge

---

\*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.